# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| IRENA LEE STANDING ROCK, *Plaintiff* v. SPOKANE TRIBAL COURT; SPOKANE TRIBE OF INDIANS; TAWHNEE BRISBOIS-COLVIN, DCFS Director of CPS; VERONICA FLETT; DAVID FLETT; and THERESA POPE, *Defendant* | Civil Action No. 2:17-CV-0399-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Complaint (ECF Nos. 2, 9) is DISMISSED without prejudice for failure to state a claim under 28 U.S.C. §1915(e)(2)(B).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on an Order Dismissing Complaint Order Dismissing Complaint and Granting Leave to Amend (ECF No. 10).

Date: March 23, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry